**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MOHAMMED AL-ADAHI, et al.,** :
:
    **Petitioners,** :
:
    **v.** :    **Civil Action No. 05-280 (GK)**
:
**BARACK H. OBAMA, et al.,** :
:
    **Respondents.** :
_____:

## ORDER

A Pre-trial Conference was held in this case on December 22, 2009. Based on representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that, because Petitioner Bawazir has chosen not to proceed with his Merits Hearing, his scheduled Hearing is canceled; and it is further

**ORDERED**, that Petitioner Bawazir's petition is dismissed without prejudice.


December __, 2009
                      /s/_____
                      Gladys Kessler
                      United States District Judge


Copies to: Attorneys of Record via ECF